No. 09–1549. MOHSEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09–1550. CARSON ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 09–1551. EVERSON ET UX. *v.* DOUGHTON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS JUDGE OF THE SUPERIOR COURT OF ALLEGANY/ROCKINGHAM COUNTY, NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 09–1552. DRISCOLL *v.* CB RICHARD ELLIS, INC., ET AL. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 09–1553. CONVISSER *v.* DISCIPLINARY BOARD OF THE SUPREME COURT OF NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 09–1556. JACKSON ET AL. *v.* ROHM & HAAS CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–1557. PATCO ENERGY EXPRESS, LLC, ET AL. *v.* LAMBROS. C. A. 11th Cir. Certiorari denied.

No. 09–1558. YOUNG *v.* CARGILL. C. A. 11th Cir. Certiorari denied.

No. 09–1559. CURTIS *v.* GOOD. C. A. 5th Cir. Certiorari denied.

No. 09–1560. DURAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–1562. KIMM *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 09–1563. UNGAR ET AL. *v.* NEW YORK CITY HOUSING AUTHORITY. C. A. 2d Cir. Certiorari denied.

No. 09–1564. ORTIZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF ORTIZ-PAGAN, DECEASED *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.